UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JANE DOE; JOHN DOE,<br><br>   Plaintiffs,<br><br>   vs.<br><br>BLUE SHIELD OF CALIFORNIA,<br><br>   Defendant. | Case No. 3:21-cv-02138-RS<br><br>(Honorable Richard Seeborg)<br><br>**ORDER GRANTING STIPULATION FOR DISMISSAL OF ACTION WITH PREJUDICE**<br><br>**[FRCP 41(a)(1)]**<br><br>[Stipulation submitted concurrently]<br><br>1st Amended Complaint Filed: April 21, 2021 |

1

# ORDER

Pursuant to the stipulation of the parties, the above-entitled action is hereby dismissed in its entirety with prejudice as to all parties. Each party shall bear their own attorneys' fees and costs.

**IT IS SO ORDERED.**

Dated: ___January 3___, 2023

_____
HONORABLE RICHARD SEEBORG
JUDGE, UNITED STATES DISTRICT COURT